KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
**YOON LAW, APC**
751 N. Fair Oaks Avenue, Suite 102
Pasadena, California 91103
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

Attorneys for Plaintiff Carlos McDonald

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MCDONALD, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERASTAR INSURANCE COMPANY, an Indiana corporation; and<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 26-1171-GW-Ex<br><br>[Assigned for all purposes to Hon. George H. Wu, Crtrm. 9D]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Date Filed: December 22, 2025<br>Date Removed: February 4, 2026<br>Trial Date: None Set |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO
CALIFORNIA SUPERIOR COURT

## **ORDER**

THE COURT, having reviewed the Joint Stipulation to Remand Case to California Superior Court by and between Plaintiff Carlos McDonald ("Plaintiff") and Defendant Merastar Insurance Company ("Defendant"), and GOOD CAUSE appearing, hereby ORDERS as follows:

This matter is hereby remanded to the California Superior Court for the County of Los Angeles.

SO ORDERED.

Dated: April 9, 2026

_____

HON. GEORGE H. WU,
United States District Judge

ORDER GRANTING STIPULATION TO REMAND CASE TO
CALIFORNIA SUPERIOR COURT